

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2019

No. 04-19-00536-CV

Arturo **DELGADILLO**,
Appellant

v.

**BANDERA AUTO SALES**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19868
Honorable Norma Gonzales, Judge Presiding

# O R D E R

On September 20, 2019, this court received appellant's brief. The brief violates rule 38.1 of the Texas Rules of Appellate Procedure in that the brief lacks a list of the parties and counsel, a table of contents, index of authorities, statement of the case, a statement of the issues presented, a statement of facts, and a summary of the argument. *See* TEX. R. APP. P. 38.1. The brief also violates rule 38.1 in that it does not contain any citations to authorities or to the record. *See* TEX. R. APP. P. 38.1(g), (i), In addition, the brief does not contain a certificate of compliance or a certificate of service as required by rules 9.4 and 9.5, respectively, of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.4(i)(3), 9.5(e). It is therefore ORDERED that the brief filed by the appellant is STRICKEN from our record. It is further ORDERED that appellant file an amended brief, in compliance with Rules 9.4, 9.5, and 38.1, that remedies the omissions identified above. It is further ORDERED that appellant's amended brief is due to be filed in this court no later than thirty days from the date of this order or this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2019.



_____

LUZ ESTRADA,
Chief Deputy Clerk